UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>               Plaintiff,<br><br>-against-<br><br>LOS TRES POTRILLOS RESTAURANT BAR INC. JUAN CARLOS LUNA and MARIO VALDEZ, individually,<br><br>               Defendant. | Civ No.:21-cv-02652-ENV-RER<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDUCE AS AGAINST INIVIDUALLY NAMED DEFENDANT MARIO VALDEZ PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE THAT,** pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-entitled action shall be and hereby is dismissed with prejudice and without costs, disbursements, or attorneys' fees as against individually named Defendant Mario Valdez.

***THE CLERK IS DIRECTED TO CLOSE THIS CASE.***

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 2/5/2024

/s/Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

By: ____/s/_____
    Paul Liggieri, Esq.
    L&D Law, P.C.
    *Attorneys for Plaintiff*
    11 Broadway, Suite 615
    New York, NY 10004
    Tel.: (212) 374-9786
    Paul@ldlawpc.com